IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TIMOTHY AARON LIVELEY                                                                                          PLAINTIFF

v.                          Civil No. 3:21-cv-03022

SHERIFF DARREN REED, Ozark
County Sheriff's Department; and
DEPUTY JUSTIN BROWN                                                                                           DEFENDANTS

# ORDER

Plaintiff has filed two motions for the issuance of subpoenas (ECF Nos. 21 & 22). In the first Motion (ECF No. 21), Plaintiff asks the Court to have John Keeling subpoenaed as a witness and/or obtain a statement from him as to where "he picked up my truck after I was arrested by" Deputy Brown. This Motion (ECF No. 21) is **DENIED.** No hearing or trial has been scheduled that requires the presence of witnesses. Further, Plaintiff can obtain a statement directly from Mr. Keeling without the intervention of the Court.

In the second Motion (ECF No. 22), Plaintiff asks the Court to subpoena the following:

(1) from Baxter County, Arkansas, the petition to revoke his sentence showing "false violations caused by Deputy Brown," the third or amended petition to revoke his sentence showing "new charges" relating to the arrest by Deputy Brown, and the sentencing order from the Fourteenth Judicial District, Third Division, that shows as a departure reason an aggravating factor of the existence of multiple concurrent sentences being entered as a result of the two petitions to revoke;

(2) from Ozark County, Missouri, his booking sheet showing the date of his arrest and

1

charges;

(3) from Howell County, Missouri, his booking sheet showing "the date in question as to when Ozark County, Missouri, transported there."

Plaintiff does not indicate he directly attempted to obtain copies of any of these documents. The documents from Ozark County should have been provided to the Plaintiff as part of the initial disclosures required by the Initial Scheduling Order (ECF No. 15). Plaintiff may refile a motion for any documents he is not able to obtain himself directly from the involved courts or facilities. In the motion, he should set forth the efforts he made to obtain the documents without intervention of the Court. The Motion (ECF No. 22) is **DENIED.**

IT IS SO ORDERED this 21st day of July 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE