IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**TIMOTHY AARON LIVELEY**                                                             **PLAINTIFF**

**V.**                              **CASE NO. 3:21-CV-3022**

**SHERIFF DARREN REED**, Ozark
County Sheriff's Department; and
**DEPUTY JUSTIN BROWN**                                       **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 53) filed in this case on December 2, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendants' Motion for Summary Judgment (Doc. 41) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. Judgment will enter separately.

**IT IS SO ORDERED** on this 21st day of December, 2021.

                                                       */s/ Timothy L. Brooks*
                                                       TIMOTHY L. BROOKS
                                                       UNITED STATES DISTRICT JUDGE